IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 4:22-2632<br>) |
| v. | )<br>) |
| JEFFREY M. GARRETT,<br>LAKEVIEW LOAN SERVICING, LLC, and<br>MARLENE ELIZABETH RAWLS, | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF LIS PENDENS—HARRIS COUNTY, TEXAS

TO WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that on August 5, 2022, the United States of America commenced an action in the United States District Court for the Southern District of Texas, Houston Division, against Defendants Jeffrey M. Garrett, Lakeview Loan Servicing, LLC, and Marlene Elizabeth Rawls to enforce federal tax liens and to sell certain real property free and clear of the liens and claims of all parties to the action.

The real property at issue in the foreclosure proceeding is located at 18646 Mosshill Estates Lane, Cypress, Texas 77429 ("the Property"). The legal description of the Property is as follows:

> LOT TWO (2), IN BLOCK TWO (2), OF CYPRESS MILL ESTATES,
> SECTION THREE (3), A SUBDIVISION IN HARRIS COUNTY, TEXAS,
> ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN FILM
> CODE NO. 442009 OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS.

For further information concerning this action, reference may be made to the records of the Clerk for the United States District Court for the Southern District of Texas, Houston Division.

| | |
|---|---|
| Dated: August 5, 2022 | Respectfully submitted,<br><br>DAVID A. HUBBERT<br>Deputy Assistant Attorney General<br><br>*/s/ Mary Elizabeth Smith*<br>MARY ELIZABETH SMITH<br>Attorney-in-Charge<br>Maryland Bar Member<br>Southern District No. 3577307<br>(214) 880-9779 (phone)<br>Mary.E.Smith@usdoj.gov<br>MICHELLE C. JOHNS<br>Of Counsel<br>Texas Bar No. 24010135<br>214-880-9762 (phone)<br>Michelle.C.Johns@usdoj.gov<br>Trial Attorneys, Tax Division<br>U.S. Department of Justice<br>717 N. Harwood St., Suite 400<br>Dallas, Texas 75201<br>(214) 880-9741 (fax)<br><br>Counsel for Plaintiff<br>United States of America |